IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| EARNEST LEE ARRINGTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-111-TMH |
|  | ) | WO |
| RICHARD F. ALLEN, *et al.*, | ) | |
| Defendants. | ) | |

# **ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on March 16, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) entered on March 5, 2010 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 18th day of March, 2010.

Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE